UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF THE LOCAL )
295/LOCAL 851 – I.B.T. EMPLOYER )
GROUP PENSION TRUST FUND and the )
BOARD OF TRUSTEES OF THE LOCAL )
295/LOCAL 851 – I.B.T. EMPLOYER )   Case No. 08-525 (LAK) (FM)
GROUP WELFARE FUND, )
)
          Plaintiffs, )
)
    vs. )
)
EMPIRE FREIGHT SYSTEMS CORP., )
)
          Defendant.

## AFFIDAVIT IN SUPPORT OF ATTORNEYS' FEE APPLICATION

STATE OF NEW YORK    )
                         ss.:
COUNTY OF NEW YORK  )

       RACHEL PASTER, being duly sworn, deposes and says:

       1.     I am an attorney at law admitted to practice before this Court. I am associated with the law firm of Cary Kane LLP, attorneys for the plaintiffs. I make this affidavit in support of plaintiffs' request for attorneys' fees.

       2.     The attached chart describes the services rendered and is based on records maintained contemporaneously with the work performed, which records are provided herewith. In summary, there were 1.75 hours of attorney time at a rate of $175.00 per hour, and 13.25 hours of attorney time at a rate of $250.00 per hour for a total fee of $3,618.75 incurred in the prosecution of this action, which is a reasonable fee and hourly rates for litigation of this type in this Court.

       3.     The legal services rendered in this action were reasonable, proper and necessary.

WHEREFORE, it is respectfully requested that attorneys' fees be awarded in the amount of $3,618.75, pursuant to and as provided for in ERISA, Section 502(g)(1) and (2), 29 U.S.C. §1132(g)(1) and (2).

_____
RACHEL S. PASTER

Sworn to before me this
20 day of March 2008

_____
Notary Public

JANET I. CRUZ-DIAZ
Notary Public, State of New York
No. 01CR6018875
Qualified in Richmond County
Commission Expires January 19, 20_11

# Record Of Plaintiffs' Legal Fees in Local 295/851 Funds v. Empire Freight/ Case No. 08-525 (LAK) (FM)

| Date | Attorney or paralegal | Description Of Work | Time (Hours) | Rate Per Hour | Fee |
|---|---|---|---|---|---|
| 31-Jan-07 | L. Cary (partner) | Reviewing settlement papers. Consult with RP | 0.50 | 175 | 87.50 |
| 14-Mar-07 | L. Cary (partner) | Telephone conference with L. Kellner | 0.25 | 175 | 43.75 |
| 27-Mar-07 | R. Paster (attorney) | Review correspondence from client. Review and revise settlement agreement. | 0.50 | 175 | 87.50 |
| 28-Mar-07 | R. Paster (attorney) | Draft correspondence to Frank DeJohn, president of Empire, re: settlement agreement; review and revise settlement agreement. | 0.50 | 175 | 87.50 |
| 2-Aug-07 | J. Parkhurst (attorney) | Review correspondence from fund office, telephone call with L. Kellner, conference with LC. | 0.50 | 250 | 125.00 |
| 3-Aug-07 | J. Parkhurst (attorney) | Telephone call with L. Kellner, review correspondence from L. Kellner | 0.25 | 250 | 62.50 |
| 8-Aug-07 | J. Parkhurst (attorney) | Review correspondence from L. Kellner, draft e-mail to LC. | 0.25 | 250 | 62.50 |
| 9-Aug-07 | J. Parkhurst (attorney) | Telephone call with L. Kellner, review settlement agreement | 0.25 | 250 | 62.50 |
| 3-Oct-07 | J. Parkhurst (attorney) | Review correspondence from Fund office, review file. | 0.25 | 250 | 62.50 |
| 5-Oct-07 | J. Parkhurst (attorney) | Telephone call with fund office, review file. | 0.25 | 250 | 62.50 |
| 16-Oct-07 | R. Paster (attorney) | Reviewing documents in file. Draft complaint. | 1.00 | 250 | 250.00 |
| 17-Oct-07 | R. Paster (attorney) | Draft complaint. Draft correspondence to L. Kellner re: same. | 0.50 | 250 | 125.00 |
| 23-Oct-07 | R. Paster (attorney) | Considering issues re: collection of delinquency. Email to N. Savasta re: same. Confer with L. Kellner re: same. | 0.25 | 250 | 62.50 |
| 17-Jan-08 | R. Paster (attorney) | Review correspondence from client. Telephone conference with L. Kellner re: same. Draft Complaint, Summons and Civil Cover Sheet. Prepare same for service and filing. | 2.50 | 250 | 625.00 |
| 7-Feb-08 | R. Paster (attorney) | Review case file and court filing. Email correspondence with L. Kellner re: amounts paid by Empire. | 0.25 | 250 | 62.50 |
| 8-Feb-08 | R. Paster (attorney) | Draft default judgment paper. Email correspondence with L. Kellner re: interest rate. | 4.00 | 250 | 1,000.00 |
| 3-Mar-08 | R. Paster (attorney) | Review correspondence from L. Kellner re: interest owed. Draft default judgment papers. | 3.00 | 250 | 750.00 |
| | | TOTAL | 15.00 | | $3,618.75 |

| 3/13/2008 | Cary Kane LLP | | |
|---|---|---|---|
| 3:26 PM | Slip Listing | | Page    1 |

---

| | | Selection Criteria | | |
|---|---|---|---|---|

---

| Slip.Classification | Open | | |
|---|---|---|---|
| Matt.Selection | Include: Empire; Empire | | |

---

Rate Info - identifies rate source and level

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Matter | Units DNB Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| **Timekeeper: Cary** | | | | |
| 15827 | TIME | Cary | 0.25 | 175.00 | 43.75 |
| 1/31/2007 | | Legal Services | 0.00 | T@15 | |
| Billed | G:11260 | 2/1/2007 Local 295/851-PF COL | | | |
| Review of settlement papers; consult with RP. | Empire | 0.00 | | |
| | | | | | |
| 15828 | TIME | Cary | 0.25 | 175.00 | 43.75 |
| 1/31/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11262 | 2/1/2007 Local 295/851-WF COL | | | |
| Review of settlement papers; consult with RP. | Empire | 0.00 | | |
| | | | | | |
| Total: 1/31/2007 | | | | | |
| | | Billable | 0.50 | | 87.50 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.50 | | 87.50 |
| | | | | | |
| 16762 | TIME | Cary | 0.25 | 175.00 | 43.75 |
| 3/14/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11363 | 4/1/2007 Local 295/851-PF COL | | | |
| Telephone with LK. | Empire | 0.00 | | |
| | | | | | |
| Total: 3/14/2007 | | | | | |
| | | Billable | 0.25 | | 43.75 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.25 | | 43.75 |
| | | | | | |
| Total: Cary | | | | | |
| | | Billable | 0.75 | | 131.25 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.75 | | 131.25 |

3/13/2008
3:26 PM

Cary Kane LLP
Slip Listing

Page     2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Timekeeper: Hewitt | | | | |
| 24785          TIME | Hewitt | 0.75 | 125.00 | 93.75 |
| 1/18/2008 | Legal Services | 0.00 | C@2 | |
| Billed          G:12032          2/1/2008 | Local 295/851-WF COL | | | |
| Assembled Summons and Complaint to be filed in Empire<br>the Southern District Court | | 0.00<br>0.00 | | |

Total: 1/18/2008

| | Billable | 0.75 | | 93.75 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.75 | | 93.75 |

Total: Hewitt

| | Billable | 0.75 | | 93.75 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.75 | | 93.75 |

3/13/2008                          Cary Kane LLP
3:26 PM                            Slip Listing                                    Page      3

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---------|-----------|-------|------|-----------|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | Matter | Variance | | |

**Timekeeper: Parkhurst**

| | | | | |
|---|---|---|---|---|
| 20609 | TIME | Parkhurst | 0.25 | 250.00 | 62.50 |
| 8/2/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11681 | 9/4/2007 Local 295/851-PF COL | | | |
| Review correspondence from fund office, telephone | Empire | 0.00 | | | |
| call with L. Kellner, conference with LC. | | | | | |

| | | | | |
|---|---|---|---|---|
| 20610 | TIME | Parkhurst | 0.25 | 250.00 | 62.50 |
| 8/2/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11683 | 9/4/2007 Local 295/851-WF COL | | | |
| Review correspondence from fund office, telephone | Empire | 0.00 | | | |
| call with L. Kellner, conference with LC. | | | | | |

Total: 8/2/2007

| | Billable | 0.50 | 125.00 |
|---|---|---|---|
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.50 | 125.00 |

| | | | | |
|---|---|---|---|---|
| 20643 | TIME | Parkhurst | 0.25 | 250.00 | 62.50 |
| 8/3/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11681 | 9/4/2007 Local 295/851-PF COL | | | |
| Telephone call with L. Kellner, review | Empire | 0.00 | | | |
| correspondence from L. Kellner. | | | | | |

Total: 8/3/2007

| | Billable | 0.25 | 62.50 |
|---|---|---|---|
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.25 | 62.50 |

| | | | | |
|---|---|---|---|---|
| 20690 | TIME | Parkhurst | 0.25 | 250.00 | 62.50 |
| 8/8/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11683 | 9/4/2007 Local 295/851-WF COL | | | |
| Review correspondence from L. Kellner, draft | Empire | 0.00 | | | |
| e-mail to LC. | | | | | |

Total: 8/8/2007

| | Billable | 0.25 | 62.50 |
|---|---|---|---|
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.25 | 62.50 |

| | | | | |
|---|---|---|---|---|
| 20717 | TIME | Parkhurst | 0.25 | 250.00 | 62.50 |
| 8/9/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11683 | 9/4/2007 Local 295/851-WF COL | | | |
| Telephone call with L. Kellner, review settlement | Empire | 0.00 | | | |
| agreement. | | | | | |

3/13/2008                                    Cary Kane LLP
3:26 PM                                      Slip Listing                                    Page     4

| Slip ID | | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | | Bill Status | |
| Description | | | Matter | Variance | | |

Total: 8/9/2007

|  |  |  | Billable | 0.25 |  | 62.50 |
|---|---|---|---|---|---|---|
|  |  |  | Unbillable | 0.00 |  | 0.00 |
|  |  |  | Total | 0.25 |  | 62.50 |

| 22102 | TIME | | Parkhurst | 0.25 | 250.00 | 62.50 |
|---|---|---|---|---|---|---|
| 10/3/2007 | | | Legal Services | 0.00 | C@1 | |
| Billed | G:11815 | 11/1/2007 | Local 295/851-PF COL | | | |
| Review correspondence from fund office, review file. | | | Empire | 0.00 | | |

Total: 10/3/2007

|  |  |  | Billable | 0.25 |  | 62.50 |
|---|---|---|---|---|---|---|
|  |  |  | Unbillable | 0.00 |  | 0.00 |
|  |  |  | Total | 0.25 |  | 62.50 |

| 22231 | TIME | | Parkhurst | 0.25 | 250.00 | 62.50 |
|---|---|---|---|---|---|---|
| 10/5/2007 | | | Legal Services | 0.00 | C@1 | |
| Billed | G:11817 | 11/1/2007 | Local 295/851-WF COL | | | |
| Telephone call with fund office, review file. | | | Empire | 0.00 | | |

Total: 10/5/2007

|  |  |  | Billable | 0.25 |  | 62.50 |
|---|---|---|---|---|---|---|
|  |  |  | Unbillable | 0.00 |  | 0.00 |
|  |  |  | Total | 0.25 |  | 62.50 |

Total: Parkhurst

|  |  |  | Billable | 1.75 |  | 437.50 |
|---|---|---|---|---|---|---|
|  |  |  | Unbillable | 0.00 |  | 0.00 |
|  |  |  | Total | 1.75 |  | 437.50 |

3/13/2008                               Cary Kane LLP
3:26 PM                                 Slip Listing                                    Page        5

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | Matter | Variance | | |

Timekeeper: Paster

| 17095 | TIME | Paster | 0.50 | 175.00 | 87.50 |
|---|---|---|---|---|---|
| 3/27/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11363 | 4/1/2007 Local 295/851-PF COL | | | |
| Review correspondence from client. Review and revise Settlement Agreement. | | Empire | 0.00 | | |

Total: 3/27/2007

| | | Billable | 0.50 | | 87.50 |
|---|---|---|---|---|---|
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.50 | | 87.50 |

| 17146 | TIME | Paster | 0.25 | 175.00 | 43.75 |
|---|---|---|---|---|---|
| 3/28/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11363 | 4/1/2007 Local 295/851-PF COL | | | |
| Review and revise Settlement Agreement | | Empire | 0.00 | | |

| 17224 | TIME | Paster | 0.25 | 175.00 | 43.75 |
|---|---|---|---|---|---|
| 3/28/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11365 | 4/1/2007 Local 295/851-WF COL | | | |
| Draft correspondence to Frank DeJohn, president of Empire Freight, re Settlement Agreement. | | Empire | 0.00 | | |

Total: 3/28/2007

| | | Billable | 0.50 | | 87.50 |
|---|---|---|---|---|---|
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.50 | | 87.50 |

| 22452 | TIME | Paster | 0.50 | 250.00 | 125.00 |
|---|---|---|---|---|---|
| 10/16/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11815 | 11/1/2007 Local 295/851-PF COL | | | |
| Reviewing documents in file. Draft Complaint. | | Empire | 0.00 | | |

| 22451 | TIME | Paster | 0.50 | 250.00 | 125.00 |
|---|---|---|---|---|---|
| 10/16/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11817 | 11/1/2007 Local 295/851-WF COL | | | |
| Reviewing documents in file. Draft Complaint. | | Empire | 0.00 | | |

Total: 10/16/2007

| | | Billable | 1.00 | | 250.00 |
|---|---|---|---|---|---|
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 1.00 | | 250.00 |

3/13/2008                                   Cary Kane LLP
3:26 PM                                      Slip Listing                                    Page      6

| Slip ID | | | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Matter | Variance | | |

| 22463 | TIME | Paster | 0.25 | 250.00 | 62.50 |
|---|---|---|---|---|---|
| 10/17/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11817 | 11/1/2007 Local 295/851-WF COL | | | |
| Draft complaint. Draft correspondence to L. Kellner | | Empire | 0.00 | | |
| re: same. | | | | | |

| 22464 | TIME | Paster | 0.25 | 250.00 | 62.50 |
|---|---|---|---|---|---|
| 10/17/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11815 | 11/1/2007 Local 295/851-PF COL | | | |
| Draft complaint. Draft correspondence to L. Kellner | | Empire | 0.00 | | |
| re: same. | | | | | |

Total: 10/17/2007

| | | Billable | 0.50 | | 125.00 |
|---|---|---|---|---|---|
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.50 | | 125.00 |

| 22659 | TIME | Paster | 0.25 | 250.00 | 62.50 |
|---|---|---|---|---|---|
| 10/23/2007 | | Legal Services | 0.00 | C@1 | |
| Billed | G:11817 | 11/1/2007 Local 295/851-WF COL | | | |
| Considering issues re: collection of delinquency. | | Empire | 0.00 | | |
| Email to N. Savasta re: same. Confer with L. | | | | | |
| Kellner re: same. | | | | | |

Total: 10/23/2007

| | | Billable | 0.25 | | 62.50 |
|---|---|---|---|---|---|
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.25 | | 62.50 |

| 24781 | TIME | Paster | 1.25 | 250.00 | 312.50 |
|---|---|---|---|---|---|
| 1/17/2008 | | Legal Services | 0.00 | C@1 | |
| Billed | G:12030 | 2/1/2008 Local 295/851-PF COL | | | |
| Review correspondence from client. Telephone | | Empire | 0.00 | | |
| conference with L. Kellner re: same. Draft | | | | | |
| Complaint, Summons, and Civil Cover sheet. | | | | | |
| Prepare same for service and filing. | | | | | |

| 24782 | TIME | Paster | 1.25 | 250.00 | 312.50 |
|---|---|---|---|---|---|
| 1/17/2008 | | Legal Services | 0.00 | C@1 | |
| Billed | G:12032 | 2/1/2008 Local 295/851-WF COL | | | |
| Review correspondence from client. Telephone | | Empire | 0.00 | | |
| conference with L. Kellner re: same. Draft | | | | | |
| Complaint, Summons, and Civil Cover sheet. | | | | | |
| Prepare same for service and filing. | | | | | |

| 3/13/2008 | | Cary Kane LLP | | | |
|---|---|---|---|---|---|
| 3:26 PM | | Slip Listing | | Page | 7 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| **Total: 1/17/2008** | | | | | | |
| | | | Billable | 2.50 | | 625.00 |
| | | | Unbillable | 0.00 | | 0.00 |
| | | | Total | 2.50 | | 625.00 |
| 24789 | EXP | | Paster | 1 | 175.00 | 175.00 |
| 1/18/2008 | | | Filing Fee | | | |
| Billed | G:12030 | 2/1/2008 | Local 295/851-PF COL | | | |
| Index No. Fee | | | Empire | | | |
| 24790 | EXP | | Paster | 1 | 175.00 | 175.00 |
| 1/18/2008 | | | Filing Fee | | | |
| Billed | G:12032 | 2/1/2008 | Local 295/851-WF COL | | | |
| Index No. Fee | | | Empire | | | |
| **Total: 1/18/2008** | | | | | | |
| | | | Billable | 0.00 | | 350.00 |
| | | | Unbillable | 0.00 | | 0.00 |
| | | | Total | 0.00 | | 350.00 |
| 25838 | EXP | | Paster | 1 | 96.00 | 96.00 |
| 2/1/2008 | | | Service Fee | | | |
| Billed | G:12102 | 3/1/2008 | Local 295/851-PF COL | | | |
| Service Fee | | | Empire | | | |
| 25840 | EXP | | Paster | 1 | 96.00 | 96.00 |
| 2/1/2008 | | | Service Fee | | | |
| Billed | G:12104 | 3/1/2008 | Local 295/851-WF COL | | | |
| Service Fee | | | Empire | | | |
| **Total: 2/1/2008** | | | | | | |
| | | | Billable | 0.00 | | 192.00 |
| | | | Unbillable | 0.00 | | 0.00 |
| | | | Total | 0.00 | | 192.00 |
| 25788 | TIME | | Paster | 0.25 | 250.00 | 62.50 |
| 2/27/2008 | | | Legal Services | 0.00 | C@1 | |
| Billed | G:12102 | 3/1/2008 | Local 295/851-PF COL | | | |
| Review case file and court filing. Email | | | Empire | 0.00 | | |
| correspondence with L. Kellner re: amounts paid | | | | | | |
| by Empire. | | | | | | |
| **Total: 2/27/2008** | | | | | | |
| | | | Billable | 0.25 | | 62.50 |

3/13/2008                                   Cary Kane LLP
3:26 PM                                      Slip Listing                                        Page      8

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | Matter | Variance | | |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.25 | | 62.50 |
| 25789         TIME | Paster | 2.50 | 250.00 | 625.00 |
| 2/28/2008 | Legal Services | 0.00 | C@1 | |
| Billed        G:12102        3/1/2008 | Local 295/851-PF COL | | | |
| Draft default judgment papers. Email | Empire | 0.00 | | |
| correspondence with L. Kellner re: interest rate. | | | | |
| 25790         TIME | Paster | 2.50 | 250.00 | 625.00 |
| 2/28/2008 | Legal Services | 0.00 | C@1 | |
| Billed        G:12104        3/1/2008 | Local 295/851-WF COL | | | |
| Draft default judgment papers. Email | Empire | 0.00 | | |
| correspondence with L. Kellner re: interest rate. | | | | |
| Total: 2/28/2008 | | | | |
| | Billable | 5.00 | | 1250.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 5.00 | | 1250.00 |
| 26180         TIME | Paster | 1.50 | 250.00 | 375.00 |
| 3/13/2008 | Legal Services | 0.00 | C@1 | |
| WIP | Local 295/851-PF COL | | | |
| Review correspondence from L. Kellner re: interest | Empire | 0.00 | | |
| owed. Draft default judgment papers. | | | | |
| 26181         TIME | Paster | 1.50 | 250.00 | 375.00 |
| 3/13/2008 | Legal Services | 0.00 | C@1 | |
| WIP | Local 295/851-WF COL | | | |
| Review correspondence from L. Kellner re: interest | Empire | 0.00 | | |
| owed. Draft default judgment papers. | | | | |
| Total: 3/13/2008 | | | | |
| | Billable | 3.00 | | 750.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 3.00 | | 750.00 |
| Total: Paster | | | | |
| | Billable | 13.50 | | 3842.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 13.50 | | 3842.00 |
| Grand Total | | | | |
| | Billable | 16.75 | | 4504.50 |

3/13/2008                              Cary Kane LLP
3:26 PM                                  Slip Listing                                    Page      9

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | Matter | Variance | | |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 16.75 | | 4504.50 |