UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF THE LOCAL 295/LOCAL 851 – I.B.T. EMPLOYER GROUP PENSION TRUST FUND and the BOARD OF TRUSTEES OF THE LOCAL 295/LOCAL 851 – I.B.T. EMPLOYER GROUP WELFARE FUND,

    Plaintiffs,

vs.

EMPIRE FREIGHT SYSTEMS CORP.,

    Defendant.

Case No. 08-525 (LAK) (FM)

## CERTIFICATE OF SERVICE

On this 20th day of March, 2008, I served plaintiffs' Motion for Default Judgment, Proposed Clerk's Certificate of Default, Statement of Damages, Affidavit in Support of Motion for Default, Affidavit in Support of Attorneys' Fees, and proposed Default Judgment Order by mailing a copy to:

> Empire Freight Systems Corp.
> 147-20 184th Street
> Jamaica, New York 11434

via regular first-class mail, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                           _/s/ Rachel S. Paster_
                                                                           Rachel S. Paster