UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BOARD OF TRUSTEES OF THE LOCAL 295/LOCAL
851 - I.B.T. EMPLOYER GROUP PENSION TRUST
FUND, et ano.,

                Plaintiffs,

-against-                                                             08 Civ. 0525 (LAK)

EMPIRE FREIGHT SYSTEMS CORP.,

                Defendant.
------------------------------------------------------------x

**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

LEWIS A. KAPLAN, *District Judge.*

    Plaintiffs' motion for a default judgment is denied.

    First, there is no indication on the docket that the Clerk's certificate ever was executed by the Clerk.

    Second, the electronic filing of the motion was not consistent with the Court's Guidelines for Electronic Filing, which provide that "[d]efault judgments should not be submitted through the ECF system. Instead they should be sent by email to the Clerk, in word processing format (WordPerfect or Word) rather than as a pdf document."

    SO ORDERED.

Dated:    March 27, 2008

                                                      _____
                                                      Lewis A. Kaplan
                                                      United States District Judge