UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF THE LOCAL        )
295/LOCAL 851 – I.B.T. EMPLOYER       )
GROUP PENSION TRUST FUND and the      )
BOARD OF TRUSTEES OF THE LOCAL        )
295/LOCAL 851 – I.B.T. EMPLOYER       )  Case No. 08-525 (LAK) (FM)
GROUP WELFARE FUND,                   )
                                      )
    Plaintiffs,                       )
                                      )
vs.                                   )
                                      )
EMPIRE FREIGHT SYSTEMS CORP.,         )
                                      )
    Defendant.                        )

## CERTIFICATE OF SERVICE

On this 5th day of May, 2008, I served plaintiffs' Motion for Entry of Default and Proposed Clerk's Certificate of Default, by mailing a copy to:

> Empire Freight Systems Corp.
> 147-20 184th Street
> Jamaica, New York 11434

via regular first-class mail, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                              Rachel S. Paster