UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF THE LOCAL )
295/LOCAL 851 – I.B.T. EMPLOYER )
GROUP PENSION TRUST FUND and the )
BOARD OF TRUSTEES OF THE LOCAL )
295/LOCAL 851 – I.B.T. EMPLOYER )    Case No. 08-525 (LAK) (FM)
GROUP WELFARE FUND, )
 )
      Plaintiffs, )
 )
vs. )
 )
EMPIRE FREIGHT SYSTEMS CORP., )
 )
      Defendant. )

## CERTIFICATE OF SERVICE

On this 7th day of May, 2008, I served plaintiffs' Motion for Default Judgment, Statement of Damages, Affidavit in Support of Motion for Default, Affidavit in Support of Attorneys' Fees, and proposed Default Judgment Order by mailing a copy to:

    Empire Freight Systems Corp.
    147-20 184th Street
    Jamaica, New York 11434

via regular first-class mail, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                   /s/ Rachel S. Paster
                                                Rachel S. Paster