UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF THE LOCAL 295/LOCAL 851 – I.B.T. EMPLOYER GROUP PENSION TRUST FUND and the BOARD OF TRUSTEES OF THE LOCAL 295/LOCAL 851 – I.B.T. EMPLOYER GROUP WELFARE FUND,

    Plaintiffs,

vs.

EMPIRE FREIGHT SYSTEMS CORP.,

    Defendant.

**MEMO ENDORSED**

Case No. 08-525 (LAK) (FM)



## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, the Board of Trustees of the Local 295/Local 851 – I.B.T. Employer Group Pension Trust Fund and the Board of Trustees of the Local 295/Local 851 – I.B.T. Employer Group Welfare Fund, through their counsel, do hereby move for a default judgment under Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Plaintiffs submit herewith: (1) the affidavit of Rachel S. Paster, along with attachments; (2) a statement of damages; (3) the affidavit of Rachel S. Paster in support of an attorneys' fee award; (5) a certificate of service; and (6) a proposed judgment. Plaintiffs seek a monetary award in the amount of $161,919.87.

DATED:    May 7, 2008

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
5/9/08

CARY KANE LLP

_____
Rachel S. Paster
1350 Broadway, Suite 815
New York, NY 10018
(212) 868-6300

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

11009_1    -1-